FIRST NATIONAL BANK OF CHICAGO, TRUSTEE *v.*
CHARLENE HOPPERSTAD ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 26453) is denied.

*Charlene Hopperstad,* pro se, in support of the petition.

*Michele D. Sensale,* in opposition.

Decided December 14, 2005

KATHLEEN S. WASSON *v.* DAVID F. WASSON

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 149 (AC 24521), is denied.

*David F. Wasson,* pro se, in support of the petition.

*Charles D. Ray* and *William T. Fitzmaurice,* in opposition.

Decided December 22, 2005

THOMAS GAFFEY *v.* KATHLEEN A. GAFFEY

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 801 (AC 25322), is denied.

*Lori Welch-Rubin,* in support of the petition.

*Thomas S. Luby,* in opposition.

Decided December 22, 2005